JOSEPH BRAND, Respondent, *v.* ALLEN BRAND et al., Appellants.

(Argued September 28, 1871; decided January term, 1872.)

DEFENDANTS were jointly indebted to the plaintiff in the sum of $100; plaintiff was indebted to Edward Brand, one of the defendants, in an equal or greater amount. It was agreed, by parol, between plaintiff and Edward, that the debt due the former should be set off and applied upon the demand of the latter, and that the former's claim be thereby canceled. Plaintiff brought this action to recover his demand. *Held,* that the agreement was not one of sale or transfer, and was not within the provisions of the statute of frauds. (GRAY and LEONARD, CC., dissenting.)

*D. K. Olney* for the appellants.

*Lyman Tremain* for the respondent.

HUNT, C., reads for reversal.

GRAY, C., for affirmance.

For reversal, LOTT, Ch. C., HUNT and EARL, CC.

For affirmance, GRAY and LEONARD, CC.

Order of General Term reversed, and judgment, upon report of referee, affirmed, with costs.